UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-80339-CIV – MIDDLEBROOKS/JOHNSON

LEILA MEYERSON, LEILA MEYERSON
REVOCABLE TRUST, L & M MEYERSON FAMILY
TRUST, L & M FAMILY LIMITED PARTNERSHIP,
DAVID MEYERSON, DAVID MEYERSON TRUST,
JESSICA SHOSHANA MEYERSON TRUST, RICHARD ARON,
CINDIE KASTENBAUM, JULIA KASTENBAUM TRUST,
HARRY MICHAEL KASTENBAUM TRUST,
STUART MEYERSON, SAMUEL MANN MEYERSON TRUST,
BENJAMIN MANN MEYERSON TRUST, STUART
MEYERSON 9/14/1995 TRUST, SEYMOUR LAPP,
SEYMOUR LAPP REVOCABLE TRUST, SYDNEY
KASTENBAUM, DONALD MEYERSON, TERRY GUTKIN,
BARBARA GUTKIN, TERRY B. GUTKIN AND
BARBARA A. GUTKIN REVOCABLE TRUST,

 Plaintiffs,

v.

ALLEN MCGEE, MICHAEL WALLACE,
LLOYD GOLDMAN, WILFRED POSLUNS, AND
RADIOLOGY CORPORATION OF AMERICA,
INC., a Delaware Corporation,

 Defendants.
_____/

## **ORDER**

 This Cause comes before the Court on Plaintiffs' Motion to Compel Mediation (DE 75), filed April 10, 2008.  The Court has reviewed the record and is fully advised in the premises.

 Plaintiffs state that they have repeatedly attempted to schedule mediation in this matter; however, they have been unable to do so because the only date Defendants offered was May 16, 2008.  The mediation deadline in this case was April 10, 2008.  Plaintiffs' counsel states that he

1

did not believe that requesting a six-week extension of time from the Court was practical and states that he has repeatedly requested a new mediation date from Defendants.

This Court's Pretrial Scheduling Order (DE 10), entered on May 18, 2007, provides that mediation is to be completed no later than sixty days before the scheduled trial date.1  Trial is scheduled for the two-week period beginning June 9, 2008.  In this case, the mediation deadline has passed.  The Pretrial Scheduling Order states that the "parties shall not agree to continue the mediation without prior approval of the Court."  No such approval has been sought or given.

Therefore, Defendants shall respond to the Motion to Compel Mediation by **April 24, 2008.**  In addition to responding to whether they should be compelled to mediation, Defendants should include in their response a reason why they should not be subject to sanctions for failure to comply with this Court's Order.2

Accordingly, it is

ORDERED AND ADJUDGED that Defendants shall respond to Plaintiffs' Motion and this Court's Order by **April 24, 2008.**

DONE AND ORDERED in Chambers at West Palm Beach, FL, this 19th day of April, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to counsel of record

---

1Docket Entry 39, which adjusted the trial date and pretrial timetable accordingly, specifically stated that the "Order of Reference and Pretrial Scheduling Order, in all other respects, remain in full force and effect."

2The Order further provides that "[n]on-compliance with any provision of this Order may subject the offending party to sanctions or dismissal."  DE 10 ¶ 9.