UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-80339-CIV–MIDDLEBROOKS/JOHNSON

LEILA MEYERSON, et. al.,

    Plaintiffs,

v.

ALLEN MCGEE, MICHAEL WALLACE,
LLOYD GOLDMAN, WILFRED POSLUNS, AND
RADIOLOGY CORPORATION OF AMERICA,
INC., a Delaware Corporation,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs' Motion to Compel Mediation (DE 75). The Court has reviewed the record and is otherwise fully advised in the premises.

Plaintiffs state that they have repeatedly attempted to schedule mediation in this matter; however, they have been unable to do so because the only date Defendants offered was May 16, 2008. The mediation deadline in this case was April 10, 2008. Plaintiffs' counsel states that he did not believe that requesting a six-week extension of time from the Court was practical and states that he has repeatedly requested a new mediation date from Defendants.

Defendants respond that, given the number of parties in this case, scheduling mediation has been difficult. The parties had agreed to mediate on May 16, 2008, recognizing that they would have to seek and receive this Court's permission for an extension. Plaintiffs' counsel sought to withdraw the May 16th date offer out of concern for the requirement of asking for the required extension. Believing that a settlement was imminent in this case, they believed that mediation would not be necessary and the case was not scheduled for mediation. It was not until

1

April 3rd that it became apparent the case would not settle before the April 10, 2008 deadline. Since then, Defendants' counsel worked diligently to coordinate a mutually agreeable date for mediation.

Now, a mediation date has been scheduled and confirmed for May 5, 2008. Defendants state that, but for their strong belief that the case would be settled well in advance of the Court-ordered deadline, this matter would have been - and should have been - mediated consistent with the Court's direction.

Having considered Defendants' counsel's representations, the Court accepts the May 5, 2008 date for mediation and will not impose sanctions. The Court encourages the parties to work to settle this case amicably. Further, the Court expects the parties to notify this Court of the result of the mediation by May 6, 2008.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Plaintiffs' Motion to Compel Mediation (DE 75) is DENIED AS MOOT. The parties shall attend mediation on May 5, 2008. They shall notify this Court of the outcome of the mediation by 5 p.m. on May 6, 2008.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 1st day of May, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES COURT JUDGE

Copies furnished to:
All Counsel of Record