UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80339-CIV-MIDDLEBROOKS/JOHNSON

LEILA MEYERSON, LEILA MEYERSON
REVOCABLE TRUST, L&M MEYERSON FAMILY
TRUST, L&M FAMILY LIMITED PARTNERSHIP,
DAVID MEYERSON, DAVID MEYERSON TRUST,
JESSICA SHOSHANA MEYERSON TRUST, RICHARD ARON,
CINDIE KASTENBAUM, JULIA KASTENBAUM TRUST,
HARRY MICHAEL KASTENBAUM TRUST,
STUART MEYERSON, SAMUEL MANN MAYERSON
TRUST, BENJAMIN MANN MEYERSON TRUST,
STUART MEYERSON 9/14/1995 TRUST,
SEYMOUR LAPP, SEYMOUR LAPP REVOCABLE TRUST,
SYDNEY KASTENBAUM, DONALD MAYERSON,
TERRY GUTKIN, BARBARA GUTKIN, TERRY B.
GUTKIN AND BARBARA A. GUTKIN REVOCABLE TRUST,
MAISIE POTASHNICK,

        Plaintiffs,
v.

ALLEN MCGEE, MICHAEL
WALLACE, LLOYD GOLDMAN,
WILFRED POSLUNS, and
RADIOLOGY CORPORATION OF
AMERICA, INC., a Delaware Corporation,

        Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by their respective undersigned counsel, have entered into a Settlement Agreement resolving all claims, including claims for attorney's fees and costs. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties do hereby stipulate to the dismissal of the above entitled action, with prejudice. The Settlement Agreement contemplates a reservation of jurisdiction by this court to enforce the terms of the settlement, if necessary.

CASE NO. 07-80339-CIV-MIDDLEBROOKS/JOHNSON

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: July 25, 2008  
      Boca Raton, Florida

Respectfully submitted,

_____  
ERIC LEE (Bar No. 961299)  
lee@leeamlaw.com  
Lee & Amtzis, P.L.  
5550 Glades Road, Suite 401  
Boca Raton, FL  33431  
Telephone:  (561) 981-9988  
Facsimile:  (561) 981-9980 Fax  
**Attorneys for Plaintiffs**

/s/ Michael N. Kreitzer  
Michael N. Kreitzer, Esq. (Bar No. 705561)  
MKreitzer@bilzin.com  
BILZIN SUMBERG, ET AL.  
200 S. Biscayne Blvd.  
Miami, FL  33131  
Telephone:  (305) 374-7580  
Facsimile:  (305) 374-7593  
**Attorneys for Defendants**