UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80339-CIV-MIDDLEBROOKS/JOHNSON

LEILA MEYERSON, LEILA MEYERSON
REVOCABLE TRUST, L&M MEYERSON FAMILY
TRUST, L&M FAMILY LIMITED PARTNERSHIP,
DAVID MEYERSON, DAVID MEYERSON TRUST,
JESSICA SHOSHANA MEYERSON TRUST, RICHARD ARON,
CINDIE KASTENBAUM, JULIA KASTENBAUM TRUST,
HARRY MICHAEL KASTENBAUM TRUST,
STUART MEYERSON, SAMUEL MANN MEYERSON
TRUST, BENJAMIN MANN MEYERSON TRUST,
STUART MEYERSON 9/14/1995 TRUST,
SEYMOUR LAPP, SEYMOUR LAPP REVOCABLE TRUST,
SYDNEY KASTENBAUM, DONALD MAYERSON,
TERRY GUTKIN, BARBARA GUTKIN, TERRY B.
GUTKIN AND BARBARA A. GUTKIN REVOCABLE TRUST,

       Plaintiffs,

v.

ALLEN MCGEE, MICHAEL
WALLACE, LLOYD GOLDMAN,
WILFRED POSLUNS, and
RADIOLOGY CORPORATION OF
AMERICA, INC., a Delaware Corporation,

       Defendants.
_____/

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Prejudice ers and the Court having the reviewed the Motion and being duly advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Motion is hereby GRANTED. This matter is dismissed, with prejudice. The Court reserves jurisdiction solely to enforce the terms of the

CASE NO. 07-80339-CIV-MIDDLEBROOKS/JOHNSON

settlement, if necessary.

DONE and ORDERED in the Southern District of Florida on _____, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record