### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-80339-CIV – MIDDLEBROOKS/JOHNSON

LEILA MEYERSON, LEILA MEYERSON
REVOCABLE TRUST, L & M MEYERSON FAMILY
TRUST, L & M FAMILY LIMITED PARTNERSHIP,
DAVID MEYERSON, DAVID MEYERSON TRUST,
JESSICA SHOSHANA MEYERSON TRUST, RICHARD ARON,
CINDIE KASTENBAUM, JULIA KASTENBAUM TRUST,
HARRY MICHAEL KASTENBAUM TRUST,
STUART MEYERSON, SAMUEL MANN MEYERSON TRUST,
BENJAMIN MANN MEYERSON TRUST, STUART
MEYERSON 9/14/1995 TRUST, SEYMOUR LAPP,
SEYMOUR LAPP REVOCABLE TRUST, SYDNEY
KASTENBAUM, DONALD MAYERSON, TERRY GUTKIN,
BARBARA GUTKIN, TERRY B. GUTKIN AND
BARBARA A. GUTKIN REVOCABLE TRUST,

**CLOSED
CIVIL
CASE**

      Plaintiffs,

v.

ALLEN MCGEE, MICHAEL WALLACE,
LLOYD GOLDMAN, WILFRED POSLUNS, AND
RADIOLOGY CORPORATION OF AMERICA,
INC., a Delaware Corporation,

      Defendants.

_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the Parties' Joint Stipulation of Dismissal with

Prejudice [DE 126]. I have reviewed the record and am fully advised in the premises. I congratulate

the parties on resolving their claims amicably. Accordingly, it is hereby

ORDERED AND ADJUDGED that the above captioned action is DISMISSED WITH

PREJUDICE, the Court to retain jurisdiction to enforce the settlement agreement if necessary.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this 19th day of

December 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

copies to counsel of record